# United States Bankruptcy Court
## Southern District of New York

In re   GK 746 East 214 LLC                                         Case No.   
                          Debtor(s)                                 Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Signatory of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   June 1, 2023                          _____
                                              Robert K. Dakis/Authorized Signatory
                                              Signer/Title